Help

**UNITED STATES POSTAL SERVICE**

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | June 13, 2019 |

## USPS Tracking Intranet

### Delivery Signature and Address



1. On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
2. "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
Updated: 4/18/19

**Tracking Number: 9510 8127 3152 9133 3877 98**

This item was delivered on 05/15/2019 at 10:29:00

< Return to Tracking Number View

| | |
|---|---|
| Signature |  |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11

```
              WARNER ROBINS
              904 RUSSELL PKWY
         WARNER ROBINS, GA  31088-9998
              129207-0088
              (800)275-8777
           05/13/2019  08:54 AM


Product                  Qty    Unit      Price
                                Price


Bom5wHw #10 Env           2    $0.69     $1.38
PM 2-Day                  1    $7.35     $7.35
Flat Rate Env
    (Domestic)
    (TUCSON, AZ  85712)
    (Flat Rate)
    (Expected Delivery Day)
    (Wednesday 05/15/2019)
    (USPS Tracking #)
    (9510 8127 3152 9153 3677 98)
Insurance                                $0.00
    (Up to $50.00 included)
Sign Conf                                $3.05
PM 1 Day                  1    $7.35     $7.35
Flat Rate Env
    (Domestic)
    (MACON, GA  31206)
    (Flat Rate)
    (Expected Delivery Day)
    (Tuesday 05/14/2019)
    (USPS Tracking #)
    (9510 8127 3152 9133 3878 04)
Insurance                                $0.00
    (Up to $50.00 included)
Sign Conf                                $3.05


Total:                                  $22.18


Cash                                    $25.00
Change                                 ($2.82)


Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
```

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

Angeles Foev
_____
Plaintiff
v.
Bass and Associate, P.C.
_____
Defendant

Civil Action No. 5:19-CV-159

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Bass and Associate, P.C.
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 5-13-2019

_____
Signature of the attorney or unrepresented party

Angeles Foev
Printed name

4047 Shakespeare Blvd
Address

_____
E-mail address

478 236 0013
Telephone number

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                *Server's signature*

                                                      _____
                                                                *Printed name and title*

                                                      _____
                                                                *Server's address*

Additional information regarding attempted service, etc: